THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
**OLSON CANNON & GORMLEY**
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
tdillard@ocgas.com
*Attorney for Defendants*
Shari Dixon, R.N. and
Pat Brown, R.N.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID MONROE, an individual;

             Plaintiff,

vs.

SHARI DIXON, RN, individually;
PAT BROWN, RN, individually; JOHN R.
HOLMAN, MD, individually; SERGEANT
SCHEMANAUER, individually; DEPUTY
CHARLES, individually; DEPUTY
BARDEN, individually; DEPUTY
LAVEZZO, individually; DEPUTY RIKER,
individually; DEPUTY JAQUEZ,
individually; DEPUTY DRAGAS,
individually; DEPUTY MCLAUGHLIN,
individually; DEPUTY MARTINEZ,
individually; and DOES I through IX,
inclusive; and ROE CORPORATIONS
I through V, inclusive,

             Defendants.

CASE NO.   2:23-cv-00677-JAD-EJY

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

*Law Offices of*
OLSON CANNON & GORMLEY
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

Plaintiff DAVID MONROE, an individual, ("Plaintiff") and Defendants SHARI

DIXON, RN, individually, PAT BROWN, RN, individually, JOHN R. HOLMAN, MD,

individually, SERGEANT SCHEMANAUER, individually, DEPUTY CHARLES, individually,

DEPUTY BARDEN, individually, DEPUTY LAVEZZO, individually, DEPUTY RIKER,

individually, DEPUTY JAQUEZ, individually, DEPUTY DRAGAS, individually, DEPUTY

MCLAUGHLIN, individually, DEPUTY MARTINEZ, individually, and CLINTON THORNE,

individually ("Defendants"), each acting by and through their undersigned counsel, hereby

Stipulate and Agree pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that all claims and causes of action

asserted by Plaintiff against Defendants, as set forth in the Plaintiff's Complaint shall be

dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 22nd day of August, 2024.

ATKINSON WATKINS &
HOFFMANN, LLP

BY: /s/ Tyler M. Crawford
MATTHEW W. HOFFMANN, ESQ.
TYLER M. CRAWFORD, ESQ.
10789 W. Twain Ave., Suite 100
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

DATED this 22nd day of August, 2024.

OLSON CANNON & GORMLEY

BY: THOMAS D. DILLARD, JR., ESQ.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants
Shari Dixon, R.N. and Pat
Brown, R.N.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

2

DATED this 22nd day of August, 2024.

DATED this 22nd day of August, 2024.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

THORNDAL ARMSTRONG PC

By:   /s/  Carol P. Michel
CAROL P. MICHEL, ESQ.
TRISHA R. DELOS SANTOS, ESQ.
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Attorney for Defendant
John R. Holman, MD

BY:   /s/  Katherine F. Parks
KATHERINE F. PARKS, ESQ.
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorney for Defendants
Jeff Schemanauer, Mark
Charles, Michael Barden,
Dominic Lavezzo, Payton
Riker, Suselly Jaquez, Tomasz
Dragas, Brady McLaughlin,
Thomas Martinez, and Clinton
Thorne

<u>ORDER</u>

IT IS SO ORDERED this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

OLSON CANNON & GORMLEY

BY:   _____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants
Shari Dixon, R.N. and Pat
Brown, R.N.

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

3

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012     Fax (702) 383-0701

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22 day of August, 2024, I served the above

**STIPULATION AND ORDER  TO DISMISS WITH PREJUDICE** through the CM/ECF

system of the United States District Court for the District of Nevada (or, if necessary, by U.S.

Mail, first class, postage pre-paid), upon the following:

Matthew Hoffman, Esq.
Tyler M. Crawford, Esq.
ATKINSON WATKINS & HOFFMAN, LLP
10789 W. Twain Ave #100
Las Vegas, NV 89135
Attorney for Plaintiff

Katherine F. Parks, Esq.
THORNDAL ARMSTRONG, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorney for Deputy Defendants
JEFF SCHEMANAUER, MARK CHARLES, MICHAEL BARDEN,
DOMINIC LAVEZZO, PAYTON RIKER, SUSELLY JAQUEZ,
TOMASZ DRAGAS, BRADY MCLAUGHLIN, THOMAS MARTINEZ,
and CLINTON THORNE

Carol P. Michel, Esq.
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Attorney for Defendant
JOHN R. HOLMAN, MD

_____
An employee of OLSON CANNON & GORMLEY

4

**Nan Langenderfer**

| | |
|---|---|
| **From:** | Tyler Crawford <tcrawford@awhlawyers.com> |
| **Sent:** | Thursday, August 22, 2024 1:13 PM |
| **To:** | Nan Langenderfer |
| **Cc:** | Tom Dillard; Aideet Rogers |
| **Subject:** | RE: Monroe v. Dixon, et al |

Hi Nan:

You may use my e-signature on the stip.

Thanks ,


Tyler Crawford, Esq.



DBA of Atkinson Watkins
& Hoffmann LLP

**702-562-6000**

**10789 W. Twain Ave, Ste 100**
**Las Vegas, NV 89135**

**400 S. Fourth St, Ste 290**
**Las Vegas, NV 89101**

**8540 S. Eastern Ave, Ste 200**
**Henderson, NV 89123**

**675 W. Moana Ln, Ste 206**
**Reno, NV 89509**


**From:** Nan Langenderfer <nlangenderfer@ocgattorneys.com>
**Sent:** Thursday, August 22, 2024 11:44 AM
**To:** Tyler Crawford <tcrawford@awhlawyers.com>
**Cc:** Tom Dillard <tdillard@ocgattorneys.com>
**Subject:** RE: Monroe v. Dixon, et al

Good morning. I am following up on my prior email concerning the proposed Stipulation and Order for Dismissal with Prejudice. If acceptable, please advise if we can affix your /e/ signature.

Thank you.

Nan Langenderfer
Legal Assistant to Walter R. Cannon, Esq.,
Thomas D. Dillard, Jr.,
and Stephanie A. Barker, Esq.
Olson Cannon & Gormley
9950 W Cheyenne Ave
Las Vegas, NV 89129
Ph: (702) 384-4012 | F: (702) 383-0701
nlangenderfer@ocgattorneys.com

**\*\*Please be advised our firm's email addresses currently** nlangenderfer@ocgas.com **will expire.
New email address:** nlangenderfer@ocgattorneys.com

This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski for any loss or damage arising in any way from its use. If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email

**Nan Langenderfer**

| | |
|---|---|
| **From:** | Michel, Carol <CMichel@wwhgd.com> |
| **Sent:** | Monday, August 12, 2024 5:06 PM |
| **To:** | Nan Langenderfer; 'tcrawford@awhlawyers.com'; 'kfp@thorndal.com' |
| **Cc:** | Tom Dillard |
| **Subject:** | RE:  Monroe v.  Dixon, et al |

Looks fine to me and you can affix my signature.



Carol P. Michel, Attorney
**Weinberg Wheeler Hudgins Gunn & Dial**
3344 Peachtree Road NE | Suite 2400 | Atlanta, GA 30326
D: 404.832.9510 | F: 404.875.9433
6385 South Rainbow Blvd | Suite 400 | Las Vegas, NV 89118
D: 702.938.3838 | F: 702.938.3864
www.wwhgd.com  | vCard

**From:** Nan Langenderfer <nlangenderfer@ocgattorneys.com>
**Sent:** Monday, August 12, 2024 7:34 PM
**To:** 'tcrawford@awhlawyers.com' <tcrawford@awhlawyers.com>; 'kfp@thorndal.com' <kfp@thorndal.com>; Michel, Carol <CMichel@wwhgd.com>
**Cc:** Tom Dillard <tdillard@ocgattorneys.com>
**Subject:** RE: Monroe v. Dixon, et al

**This Message originated outside your organization.**

Counsel:

Attached please find proposed Stipulation and Order to Dismiss with Prejudice in the above matter.  Please advise if we have your permission to affix your /e/ signature.

Thank you!

Nan Langenderfer
Legal Assistant to Walter R. Cannon, Esq.,
Thomas D. Dillard, Jr.,
and Stephanie A. Barker, Esq.

1

Olson Cannon & Gormley
9950 W Cheyenne Ave
Las Vegas, NV 89129
Ph: (702) 384-4012 | F: (702) 383-0701
nlangenderfer@ocgattorneys.com

**\*\*Please be advised our firm's email addresses currently** nlangenderfer@ocgas.com **will expire.
New email address:** nlangenderfer@ocgattorneys.com

This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski for any loss or damage arising in any way from its use. If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

**Nan Langenderfer**

| | |
|---|---|
| **From:** | Katherine F. Parks <KFP@thorndal.com> |
| **Sent:** | Tuesday, August 13, 2024 8:30 AM |
| **To:** | Nan Langenderfer; 'tcrawford@awhlawyers.com'; 'cmichel@wwhgd.com' |
| **Cc:** | Tom Dillard |
| **Subject:** | RE: Monroe v. Dixon, et al |

Please feel free to file with my electronic signature.

Thank you,


Katherine F. Parks | President | Thorndal Armstrong, PC |
6590 S. McCarran Blvd., Suite B | Reno, NV 89509
(775) 786-2882 (phone) | (775) 786-8004 (fax)

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

www.thorndal.com




**From:** Nan Langenderfer <nlangenderfer@ocgattorneys.com>
**Sent:** Monday, August 12, 2024 4:34 PM
**To:** 'tcrawford@awhlawyers.com' <tcrawford@awhlawyers.com>; Katherine F. Parks <KFP@thorndal.com>; 'cmichel@wwhgd.com' <cmichel@wwhgd.com>
**Cc:** Tom Dillard <tdillard@ocgattorneys.com>
**Subject:** RE: Monroe v. Dixon, et al

Counsel:

Attached please find proposed Stipulation and Order to Dismiss with Prejudice in the above matter. Please advise if we have your permission to affix your /e/ signature.

Thank you!

Nan Langenderfer
Legal Assistant to Walter R. Cannon, Esq.,
Thomas D. Dillard, Jr.,
and Stephanie A. Barker, Esq.
Olson Cannon & Gormley
9950 W Cheyenne Ave

Las Vegas, NV 89129
Ph: (702) 384-4012 | F: (702) 383-0701
nlangenderfer@ocgattorneys.com

**\*\*Please be advised our firm's email addresses currently** nlangenderfer@ocgas.com **will expire.**
**New email address:** nlangenderfer@ocgattorneys.com

This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski for any loss or damage arising in any way from its use. If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more **Click Here**.