1 THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
2 **OLSON CANNON & GORMLEY**
3 9950 W. Cheyenne Avenue
Las Vegas, NV 89129
4 Telephone: (702) 384-4012
Facsimile: (702) 383-0701
5 tdillard@ocgas.com
6 *Attorney for Defendants*
Shari Dixon, R.N. and
7 Pat Brown, R.N.

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MONROE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SHARI DIXON, RN, individually;<br>PAT BROWN, RN, individually; JOHN R. HOLMAN, MD, individually; SERGEANT SCHEMANAUER, individually; DEPUTY CHARLES, individually; DEPUTY BARDEN, individually; DEPUTY LAVEZZO, individually; DEPUTY RIKER, individually; DEPUTY JAQUEZ, individually; DEPUTY DRAGAS, individually; DEPUTY MCLAUGHLIN, individually; DEPUTY MARTINEZ, individually; and DOES I through IX, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.  2:23-cv-00677-JAD-EJY<br><br><br>ECF No. 39 |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

1

Plaintiff DAVID MONROE, an individual, ("Plaintiff") and Defendants SHARI DIXON, RN, individually, PAT BROWN, RN, individually, JOHN R. HOLMAN, MD, individually, SERGEANT SCHEMANAUER, individually, DEPUTY CHARLES, individually, DEPUTY BARDEN, individually, DEPUTY LAVEZZO, individually, DEPUTY RIKER, individually, DEPUTY JAQUEZ, individually, DEPUTY DRAGAS, individually, DEPUTY MCLAUGHLIN, individually, DEPUTY MARTINEZ, individually, and CLINTON THORNE, individually ("Defendants"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiff against Defendants, as set forth in the Plaintiff's Complaint shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 22nd day of August, 2024.

ATKINSON WATKINS & HOFFMANN, LLP

BY: /s/ Tyler M. Crawford
MATTHEW W. HOFFMANN, ESQ.
TYLER M. CRAWFORD, ESQ.
10789 W. Twain Ave., Suite 100
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

DATED this 22nd day of August, 2024.

OLSON CANNON & GORMLEY

BY: THOMAS D. DILLARD, JR., ESQ.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants
Shari Dixon, R.N. and Pat Brown, R.N.

///
///
///
///
///
///

DATED this 22nd day of August, 2024.                           DATED this 22nd day of August, 2024.

WEINBERG, WHEELER, HUDGINS,                                    THORNDAL ARMSTRONG PC
GUNN & DIAL, LLC

By: /s/ Carol P. Michel                                        BY: /s/ Katherine F. Parks
CAROL P. MICHEL, ESQ.                                          KATHERINE F. PARKS, ESQ.
TRISHA R. DELOS SANTOS, ESQ.                                   6590 S. McCarran Blvd., Suite B
6385 S. Rainbow Blvd., Suite 400                               Reno, Nevada 89509
Las Vegas, Nevada 89118                                        Attorney for Defendants
Attorney for Defendant                                         Jeff Schemanauer, Mark
John R. Holman, MD                                             Charles, Michael Barden,
                                                               Dominic Lavezzo, Payton
                                                               Riker, Suselly Jaquez, Tomasz
                                                               Dragas, Brady McLaughlin,
                                                               Thomas Martinez, and Clinton
                                                               Thorne

## ORDER

Based on the parties' stipulation [ECF No. 39] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 4, 2024

3